UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JEFFERY MATTHEWS | CIVIL ACTION NO. 6:18-cv-01527 |
| VERSUS | JUDGE JUNEAU |
| MAYOR APRILL FOULCARD, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendants' motion to dismiss for lack of standing (Rec. Doc. 23) is GRANTED, the court takes judicial notice of the settlement of Mr. Matthews's claims, and this lawsuit is dismissed with prejudice, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 16th day of July , 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE